*102*

# UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| CHESTER J. REED, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION H-93-819 |
| | § | |
| PRUDENTIAL SECURITIES | § | |
| INCORPORATED and | § | |
| SCOTT A. JAFFE, | § | |
| | § | |
| Defendants. | § | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

FEB 2 8 1995

Michael N. Milby, Clerk

## FINAL JUDGMENT

In accordance with the jury's verdict rendered February 24, 1995, the partial judgment as a matter of law rendered February 23, 1995, and the partial summary judgment signed February 3, 1995, the court enters final judgment in favor of Defendants Prudential Securities Incorporated and Scott A. Jaffe.  Plaintiff Chester J. Reed shall take nothing by his suit.

Court costs are taxed against Plaintiff.

This is a FINAL JUDGMENT.

SIGNED in Houston, Texas, on this the _27th_ day of _February_, 1995.

_____
Marcia A. Crone
United States Magistrate Judge

ClibPDF - www.fastio.com